PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jerrez Wagner                     Cr.: 18-00636-001
                                                                        PACTS #: 4953523

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/22/2021

Original Offense:   Controlled Substance - Sell - Distribute - Or Dispense, 21:841A

Original Sentence: 24 months probation

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Restrictions, Alcohol Treatment, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Other Condition, Support Dependents

Type of Supervision: Probation                     Date Supervision Commenced: 07/22/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You must work full-time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.' |
| | On September 22, 2021, this officer met with a supervisor at Deco Construction and was informed that Wagner had not worked for this company for approximately one month. |

U.S. Probation Officer Action:
On January 19, 2022, Mr. Wagner entered a guilty plea to the above listed violation and his sentencing was adjourned pending his placement and completion of an inpatient substance abuse treatment program.

Prob 12A – page 2
Jerrez Wagner

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: KEVIN P. EGLI
Sr. U.S. Probation Officer

/ kpe

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☒ Mr. Wagner should enter and complete an inpatient treatment program and, if needed a detoxification program and follow all aftercare recommendations. (as recommended by the Probation Office)

_____
Signature of Judicial Officer

1/20/2022
_____
Date